THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case no. 7:17-cv-00011-FL |
| DONALD E. SWEETING, | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT**

The Court has determined that judgment should be entered consistent with the agreement of the United States of America and the defendant, Donald E. Sweeting. Accordingly, it is

ORDERED AND ADJUDGED that Donald E. Sweeting is indebted to the United States of America in the amount of $75,000 as of September 1, 2018, plus penalties and statutory interest accruing after that date, for federal income taxes for the tax years 2000, 2001, 2002, and 2003.

SO ORDERED.

Date: September 25, 2018

_____
The Honorable Louise W. Flanagan
United States District Judge